Young Cho  
Attorney at Law: 189870  
Law Offices of Lawrence D. Rohlfing  
12631 East Imperial Highway, Suite C-115  
Santa Fe Springs, CA 90670  
Tel.: (562)868-5886  
Fax: (562)868-5491  
E-mail: rohlfing.office@rohlfinglaw.com  

Attorneys for Plaintiff  
Martell A. Clark  

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MARTELL A. CLARK, | Case No.: CV 14-844 SP |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: July 29, 2014

_____/s/_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE